McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

FILED
MAY 24 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
            DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   CR. NO. 2:07-CR-0214 EJG
                                 )
            Plaintiff,           )   ORDER TO SEAL
      v.                         )   (UNDER SEAL)
                                 )
ERIC WAYNE ALDERSON,             )
                                 )
            Defendant.           )
_____)

    The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Carolyn K. Delaney to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: May 24, 2007

                                    GREGORY G. HOLLOWS
                                    _____
                                    GREGORY G. HOLLOWS
                                    United States Magistrate Judge

1