DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
ERIC WAYNE ALDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ERIC WAYNE ALDERSON,<br><br>  Defendant. | Cr. S-07-0214 EJG<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Carolyn K. Delaney, Assistant U.S. Attorney; and, Eric Wayne Alderson, through his attorney, David W. Dratman, that the status conference scheduled for August 3, 2007, shall be continued to September 11, 2007 at 10:00 a.m.

This case involves one count of possessing child pornography. The defense is seeking additional excludable time for investigation and expert consultation regarding certain items that were seized including a computer hard drive, CDs, DVDs, flash memory drives and flash memory cards, which can no longer be copied and provided to defense counsel pursuant to 18 U.S.C. section 3509(m).

The parties stipulate and agree that the time between August 3, 2007 through and including September 21, 2007 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare).

1  Dated: August 1, 2007                    /s/ David W. Dratman
                                            DAVID W. DRATMAN
2                                           Attorney for Defendant
                                            ERIC WAYNE ALDERSON
3

4  Dated: August 1, 2007                    McGREGOR W. SCOTT
                                            UNITED STATES ATTORNEY
5

6                                           By: /s/ Carolyn K. Delaney*
                                            CAROLYN K. DELANEY
7                                              Assistant U.S. Attorney
                                            *Signed with permission
8

9                                          ORDER

10       The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from August 3, 2007 to and including September 21, 2007, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare)(Title 18, U.S.C. § 3161(h)(8)(B)(iv).

19       It is so ordered.

20  Dated:  August 1, 2007

21                                          /s/ Edward J. Garcia
                                            EDWARD J. GARCIA
22                                          Senior United States District Court Judge