1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5
   Attorney for Defendant
6  ERIC WAYNE ALDERSON

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              **Cr. S-07-0214 EJG**

12                  Plaintiff,             **STIPULATION AND ORDER
                                           CONTINUING STATUS**
13          vs.                            **CONFERENCE AND
                                           EXCLUDING TIME UNDER THE**
14  ERIC WAYNE ALDERSON,                   **SPEEDY TRIAL ACT**

15                  Defendant.

16

17      IT IS HEREBY STIPULATED between the United States of America, through its attorney of

18  record, Carolyn K. Delaney, Assistant U.S. Attorney; and, Eric Wayne Alderson, through his attorney,

19  David W. Dratman, that the status conference scheduled for September 21, 2007, shall be continued

20  to October 19, 2007 at 10:00 a.m.

21      This case involves one count of possessing child pornography.   The defense is seeking

22  additional excludable time for investigation and expert consultation regarding certain items that were

23  seized including a computer hard drive, CDs, DVDs, flash memory drives and flash memory cards,

24  which can no longer be copied and provided to defense counsel pursuant to 18 U.S.C. section 3509(m).

25  In addition, defense counsel has two other Court conflicts on September 21, 2007, which would make

26  his appearance at 10:00a.m. problematic.

27      The parties stipulate and agree that the time between September 11, 2007 through and including

28  October 19, 2007 shall be excluded from computation of time within which the trial of this case must

1   be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to

2   prepare).

3   Dated: September 19, 2007            /s/ David W. Dratman
                                   DAVID W. DRATMAN

4                                      Attorney for Defendant
                                   ERIC WAYNE ALDERSON

5

6   Dated: September 19, 2007           McGREGOR W. SCOTT
                                   UNITED STATES ATTORNEY

7

8                                 By: /s/ Carolyn K.  Delaney*
                               CAROLYN K.  DELANEY

9                                   Assistant U.S. Attorney
                                  *Signed with permission

10

11                                ORDER

12       The Court, having considered the stipulation of the parties, and good cause appearing

13   therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of

14   the parties, the Court finds that the failure to grant a continuance in this case would deny defense

15   counsel reasonable time necessary for effective preparation, taking into account the exercise of due

16   diligence.  The Court specifically finds that the ends of justice served by the granting of such

17   continuance outweigh the interests of the public and that the time from September 21, 2007 to and

18   including October 19, 2007, shall be excluded from computation of time within which the trial of this

19   case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense

20   counsel to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv).

21       It is so ordered.

22   Dated: September 19, 2007

23                                 /s/ Edward J. Garcia
                                EDWARD J.  GARCIA

24                                 Senior United States District Court Judge

25

26

27

28