DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
ERIC WAYNE ALDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC WAYNE ALDERSON,<br><br>Defendant. | **Cr. S-07-0214 EJG**<br><br>**STIPULATION AND  ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Carolyn K. Delaney, Assistant U.S. Attorney; and, Eric Wayne Alderson, through his attorney, David W. Dratman, that the status conference scheduled for November 30, 2007, shall be continued to January 18, 2008 at 10:00 a.m.

This case involves one count of possessing child pornography.  The defense is seeking additional excludable time for investigation and expert consultation regarding certain items that were seized including a computer hard drive, CDs, DVDs, flash memory drives and flash memory cards, which can no longer be copied and provided to defense counsel pursuant to 18 U.S.C. section 3509(m); and, for consultation with an expert on another issue relating to this case.

The parties stipulate and agree that the time between November 30, 2007 through and including January 18, 2008 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to

prepare).

Dated: November 28, 2007           /s/ David W. Dratman
                                   DAVID W. DRATMAN
                                   Attorney for Defendant
                                   ERIC WAYNE ALDERSON


Dated: November 28, 2007           McGREGOR W. SCOTT
                                   UNITED STATES ATTORNEY


                                   By: /s/ Carolyn K. Delaney*
                                   CAROLYN K. DELANEY
                                   Assistant U.S. Attorney
                                   *Signed with permission

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from November 30, 2007 to and including January 18, 2008, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv).

It is so ordered.

Dated:   November 28, 2007

                                   /s/ Edward J. Garcia
                                   EDWARD J. GARCIA
                                   Senior United States District Court Judge