1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5
   Attorney for Defendant
6  ERIC WAYNE ALDERSON

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | **Cr. S-07-0214 EJG**
12 |                Plaintiff,          |
   |                                    | **STIPULATION AND  ORDER**
13 |         vs.                        | **CONTINUING STATUS**
   |                                    | **CONFERENCE AND**
14 | ERIC WAYNE ALDERSON,               | **EXCLUDING TIME UNDER THE**
   |                                    | **SPEEDY TRIAL ACT**
15 |                Defendant.          |

16

17       IT IS HEREBY STIPULATED between the United States of America, through its attorney of

18 record, Carolyn K. Delaney, Assistant U.S. Attorney; and, Eric Wayne Alderson, through his attorney,

19 David W. Dratman, that the status conference scheduled for January 18, 2008, shall be continued to

20 February 15, 2008 at 10:00 a.m.

21       This case involves one count of possessing child pornography.  The defense is seeking

22 additional excludable time for investigation and expert consultation regarding certain items that were

23 seized including a computer hard drive, CDs, DVDs, flash memory drives and flash memory cards,

24 which can no longer be copied and provided to defense counsel pursuant to 18 U.S.C. section 3509(m);

25 and, for consultation with an expert on another issue relating to this case.

26       The parties stipulate and agree that the time between January 18, 2008 through and including

27 February 15, 2008 shall be excluded from computation of time within which the trial of this case must

28 be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to

1  prepare).

2  Dated: January 16, 2008                         /s/ David W. Dratman
                                                  DAVID W. DRATMAN
3                                                 Attorney for Defendant
                                                  ERIC WAYNE ALDERSON
4

5  Dated: January 16, 2008                         McGREGOR W. SCOTT
                                                  UNITED STATES ATTORNEY
6

7                                                 By: /s/ Carolyn K. Delaney*
                                                  CAROLYN K. DELANEY
8                                                    Assistant U.S. Attorney
                                                     *Signed with permission
9

10                                      ORDER

11       The Court, having considered the stipulation of the parties, and good cause appearing

12 therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of

13 the parties, the Court finds that the failure to grant a continuance in this case would deny defense

14 counsel reasonable time necessary for effective preparation, taking into account the exercise of due

15 diligence.  The Court specifically finds that the ends of justice served by the granting of such

16 continuance outweigh the interests of the public and that the time from January 18, 2008 to and

17 including February 15, 2008, shall be excluded from computation of time within which the trial of this

18 case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense

19 counsel to prepare)(Title 18, U.S.C. § 3161(h)(8)(B)(iv).

20       It is so ordered.

21 Dated:   Jan. 15, 2008

22                                                 /s/ Edward J. Garcia
                                                  EDWARD J. GARCIA
23                                                Senior United States District Court Judge

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
2