DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
ERIC WAYNE ALDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Cr. S-07-0214 EJG |
|---|---|
| Plaintiff, | **STIPULATION AND  ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| ERIC WAYNE ALDERSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Carolyn K. Delaney, Assistant U.S. Attorney; and, Eric Wayne Alderson, through his attorney, David W. Dratman, that the status conference scheduled for February 15, 2008, shall be continued to March 28, 2008 at 10:00 a.m.

This case involves one count of possessing child pornography.  The defense is seeking additional excludable time to consider a plea agreement with the Government; and, for investigation and expert consultation regarding certain items that were seized including a computer hard drive, CDs, DVDs, flash memory drives and flash memory cards, which can no longer be copied and provided to defense counsel pursuant to 18 U.S.C. section 3509(m); and, for consultation with an expert on another issue relating to this case.

The parties stipulate and agree that the time between February 15, 2008 through and including March 28, 2008 shall be excluded from computation of time within which the trial of this case must

be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare).

Dated: February 13, 2008              /s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
ERIC WAYNE ALDERSON

Dated: February 13, 2008              McGREGOR W. SCOTT
UNITED STATES ATTORNEY

By: /s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
Assistant U.S. Attorney
*Signed with permission

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from February 15, 2008 to and including March 28, 2008, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv).

It is so ordered.

Dated:   February 13, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Court Judge