1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5
   Attorney for Defendant
6  ERIC WAYNE ALDERSON

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          **Cr. S-07-0214 EJG**

12              Plaintiff,             **STIPULATION AND  ORDER**
                                       **CONTINUING STATUS**
13          vs.                        **CONFERENCE AND**
                                       **EXCLUDING TIME UNDER THE**
14  ERIC WAYNE ALDERSON,               **SPEEDY TRIAL ACT**

15              Defendant.

16

17      IT IS HEREBY STIPULATED between the United States of America, through its attorney of

18  record, Carolyn K. Delaney, Assistant U.S. Attorney; and, Eric Wayne Alderson, through his attorney,

19  David W. Dratman, that the status conference scheduled for March 28, 2008, shall be continued to

20  April 11, 2008 at 10:00 a.m.

21      This case involves one count of possessing child pornography.  The defense is seeking

22  additional excludable time to consider a plea agreement with the Government; and, for investigation

23  and expert consultation regarding certain items that were seized including a computer hard drive, CDs,

24  DVDs, flash memory drives and flash memory cards, which can no longer be copied and provided to

25  defense counsel pursuant to 18 U.S.C. section 3509(m); and, for consultation with an expert on another

26  issue relating to this case.

27      The parties stipulate and agree that the time between March 28, 2008 through and including

28  April 11, 2008 shall be excluded from computation of time within which the trial of this case must be

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

1  commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to

2  prepare).

3  Dated: March 26, 2008                           /s/ David W. Dratman
                                                 DAVID W. DRATMAN
4                                                Attorney for Defendant
                                                 ERIC WAYNE ALDERSON
5

6  Dated: March 26, 2008                           McGREGOR W. SCOTT
                                                 UNITED STATES ATTORNEY
7

8                                                By: /s/ Carolyn K.  Delaney*
                                                 CAROLYN K.  DELANEY
9                                                    Assistant U.S. Attorney
                                                     *Signed with permission
10

11                              ORDER

12        The Court, having considered the stipulation of the parties, and good cause appearing

13  therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of

14  the parties, the Court finds that the failure to grant a continuance in this case would deny defense

15  counsel reasonable time necessary for effective preparation, taking into account the exercise of due

16  diligence.   The Court specifically finds that the ends of justice served by the granting of such

17  continuance outweigh the interests of the public and that the time from March 28, 2008 to and

18  including April 11, 2008, shall be excluded from computation of time within which the trial of this

19  case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense

20  counsel to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv).

21        It is so ordered.

22  Dated:    March 26, 2008

23                                                /s/ Edward J. Garcia
                                                 EDWARD J.  GARCIA
24                                               Senior United States District Court Judge

25

26

27

28