**DAVID W. DRATMAN**
Attorney at Law
1007 7th Street, Suite 305
Sacramento, CA 95814
Telephone: (916) 443-2000
Fax: (916) 443-0989
E-mail: dwdratman@aol.com

### M E M O R A N D U M AND PROPOSED ORDER

**To:**      Colleen Lydon, Courtroom Clerk to the Hon. Edward J. Garcia
**From:**    David W. Dratman
**Date:**    July 15, 2008
**Re:**      United States v. Eric Alderson, No. Cr. S-07-0214 EJG
             **JUDGEMENT AND SENTENCING CONTINUANCE**

   This memorandum is to confirm that the Court, at my request, will continue the sentencing hearing for Mr. Alderson from July 18, 2008 at 10:00 a.m. to September 12, 2008, at 9:30 a.m.  Assistant U.S. Attorney Carolyn Delaney and United States Probation Officer Scott Storey have no objection to the continuance and to the following modification of the sentencing schedule:

| | |
|---|---|
| Judgement and Sentencing date: | September 12, 2008 |
| Motion for Correction, etc.: | September 5, 2008 |
| Presentence Report filed and disclosed: | August 29, 2008 |
| Counsel's written objections due: | August 22, 2008 |
| Proposed Presentence Report Disclosed: | August 8, 2008 |

                                        /s/ David W. Dratman
                                        Attorney for Defendant
                                        Eric Alderson

   Agreed:                              McGREGOR W. SCOTT
                                        UNITED STATES ATTORNEY
                                        By: /s/ Carolyn K.  Delaney*
                                           CAROLYN K.  DELANEY
                                            Assistant U.S. Attorney
                                             *Signed with permission

### **ORDER**

   It is so ordered.

Dated:  __7/15/08                       /s/ Edward J. Garcia
                                        EDWARD J.  GARCIA
                                        Senior United States District Court Judge