**DAVID W. DRATMAN**
Attorney at Law
1007 7th Street, Suite 305
Sacramento, CA 95814
Telephone:  (916) 443-2000
Fax: (916) 443-0989
E-mail: dwdratman@aol.com

**M E M O R A N D U M  AND  ORDER**

**To:**        Colleen Lydon, Courtroom Clerk to the Hon. Edward J. Garcia
**From:**    David W. Dratman
**Date:**    October 21, 2008
**Re:**        United States v. Eric Alderson, No. Cr. S-07-0214 EJG
               **JUDGEMENT AND SENTENCING CONTINUANCE**

   This memorandum is to confirm that the Court, at my request, will continue the sentencing hearing for Mr. Alderson from October 24, 2008 at 10:00 a.m. to January 9, 2009, at 10:00 a.m.  Assistant U.S. Attorney Laura Ferris and U.S. Probation Officer Scott Storey have no objection to the continuance and to the following modification of the sentencing schedule:

| | |
|---|---|
| Judgement and Sentencing date: | January 9, 2009 |
| Motion for Correction, etc.: | January 2, 2009 |
| Presentence Report filed and disclosed: | December 19, 2008 |
| Counsel's written objections due: | December 5, 2008 |

                                                                            /s/ David W. Dratman
                                                                            Attorney for Defendant
                                                                            Eric Alderson

   Agreed:                                                          McGREGOR W. SCOTT
                                                                            UNITED STATES ATTORNEY

                                                                            By: /s/ Laura Ferris*
                                                                                  LAURA FERRIS
                                                                                  Assistant U.S. Attorney
                                                                                 *Signed with permission

**ORDER**

   It is so ordered.

Dated:   October 22, 2008                               /s/ Edward J. Garcia
                                                                            EDWARD J.  GARCIA
                                                                            Senior United States District Court Judge