**DAVID W. DRATMAN**
Attorney at Law
1007 7th Street, Suite 305
Sacramento, CA 95814
Telephone:  (916) 443-2000
Fax: (916) 443-0989
E-mail: dwdratman@aol.com

**M E M O R A N D U M AND PROPOSED ORDER**

**To:**     Colleen Lydon, Courtroom Clerk to the Hon. Edward J. Garcia
**From:**   David W. Dratman
**Date:**   January 5, 2009
**Re:**     United States v. Eric Alderson, No. Cr. S-07-0214 EJG
            **JUDGEMENT AND SENTENCING CONTINUANCE**

This memorandum is to confirm that the Court, at my request, will continue the sentencing hearing for Mr. Alderson from January 9, 2009 to February 27, 2009, at 10:00 a.m. Assistant U.S. Attorney Laura Ferris and U.S. Probation Officer Scott Storey have no objection to the continuance and to the following modification of the sentencing schedule:

| | |
|---|---|
| Judgement and Sentencing date: | February 27, 2009 |
| Motion for Correction, etc.: | February 20, 2009 |
| Presentence Report filed and disclosed: | January 30, 2009 |
| Counsel's written objections due: | January 16, 2009 |

/s/ David W. Dratman
Attorney for Defendant
Eric Alderson

Agreed:             McGREGOR W. SCOTT
                    UNITED STATES ATTORNEY

                    By: /s/ Laura Ferris*
                        LAURA FERRIS
                        Assistant U.S. Attorney
                        *Signed with permission

**ORDER**

It is so ordered.

Dated:  __January 5, 2009_____           /s/ Edward J. Garcia_____
                                                EDWARD J.  GARCIA
                                                Senior United States District Court Judge