1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LAURA L. FERRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2932

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )    2:07-CR-00214-EJG
                                  )
12              Plaintiff,        )    FINAL ORDER OF FORFEITURE
                                  )
13         v.                     )
                                  )
14 ERIC WAYNE ALDERSON,           )
                                  )
15              Defendant.        )
   _____)
16

17      WHEREAS, on or about June 3, 2008, this Court entered a

18 Preliminary Order of Forfeiture pursuant to the provisions of 18

19 U.S.C. § 2253, based upon the plea agreement entered into between

20 plaintiff and defendant Eric Wayne Alderson forfeiting to the United

21 States the following property:

22         a)   a Dell Dimension 8200 computer;

23         b)   a 4 in 1 Media Reader;

24         c)   numerous DVDs;

25         d)   numerous CDs;

26         e)   flash memory cards;

27         f)   flash memory drives;

28         g)   a GE large Displace Space Saver AM/PM Dual Wake

                                    1              Final Order of Forfeiture

| | |
|---|---|
| 1 | Clock Radio; |
| 2 | h) a clock radio DVR. |

AND WHEREAS, on June 12, 19, and 26, 2008, the United States published notification of the Court's Order of Forfeiture in <u>The Daily Recorder</u> (Sacramento County), a newspaper of general circulation located in the county in which the subject property was seized. Said published notice advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Eric Wayne Alderson.

2. All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and

///
///
///
///
///

control over the subject property until it is disposed of according to law.

SO ORDERED THIS <u>23rd</u> day of <u>March</u>, 2009.

<u>/s/ Edward J. Garcia</u>
EDWARD J. GARCIA
United States District Judge